IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SCOTT A. STANLEY,

    Plaintiff,

v.                              CASE NO. 4:08-cv-00195-MP-WCS

WARDEN R. BRYANT,
et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 5, Report and Recommendation of the Magistrate Judge, recommending that this case be transferred to the United States District Court for the Middle District of Florida. The Magistrate Judge filed the Report and Recommendation on Wednesday, April 30, 2008. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made.

It appears from Plaintiff's complaint that Plaintiff is incarcerated at Florida State Prison, which is located in the Middle District of Florida, that the Defendants are at that institution, and that the alleged complaints took place at Florida State Prison. The Court agrees with the Magistrate that because of this, the proper forum for this action pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 89(b) is in the United States District Court for the Middle District of Florida, Jacksonville Division. Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that it should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 5, is adopted and incorporated by reference in this order;

2. The Clerk is directed to transfer this case to the United States District Court for the Middle District of Florida, Jacksonville Division.

**DONE AND ORDERED** this   *16th* day of June, 2008


       *s/Maurice M. Paul*
      Maurice M. Paul, Senior District Judge